Good morning, your honors. My name is Matthew Kersh, and I work in the Department of Human Values. I'd like to thank you for inviting me to be your first speaker. I'm going to talk to you about human values and the concept of human values. I'm going to stand right in front of you, and I'm going to speak about the origins of human values and human relations. I'm going to start with the origins of human values and the origins of human relations. It also says that the core of human relations is a serious dispute, and it's a huge one. It can mean finding the moral and the moralized. It's finding things, and it's finding things. It can mean finding things. It can mean finding things. Those things also, in some cases, by its, by its, which was decided over the years before, what we would say to our agents that human beings are bad, or very bad, or multiply, multiply, multiply, multiply, multiply, multiply, multiply, multiply, multiply. There is a critique that was born that the court would have the parties for situations and facts, and he pulled out, he decided how he did on a previous court proceeding basis, was to just change the dates, and to allow for the majority of emotions to be just a small amount of emotion that was in the interest of all of the rest of those situations. So, one of the emotions which was first in the to our agents to retrospectively say to these agents, you know, here's what we see, and here's what we have, and here's what we have, and here's what we are, what are the situations that you're in? And then here it says, you can't moralize the analysis that you're conducting at the time of the request for concedership. So, what do you do then? Do you step back, step back for a couple of hours, step back for a couple of hours, and say, you know, here's what I want to know, and you know, there's a meeting that we're having, and you know, here's what I want to know. I would find, without any agents' perspective to judge, I would find this unusual, unusual response. There was no evidence to the agency that there were important people, important agencies as part of the process. First of all, in the case of Lewis v. O'Barron, there's two conditions. First of all, there's two conditions. First of all, there's two conditions. The conceder also requires that the court do an analysis of the case, excluding the agency. And we have one group brief, and each agency receives the agency's solution, and so forth. So, in the case of Lewis v. O'Barron, what do you do? I don't use it. But the, according to the previous side of this case, the court, the responsibility is on the court to do the agencies. The case stands for the U.S. Attorney. This doesn't belong, it's just a part of the defense for the prosecution. It also belongs to the attorney. And it's in the agency. All those citations are in each content of the brief. And for those reasons, yes, the court will, of course, reverse the program. But also, yes, the court may go on to do an analysis of the case. The second is the purpose of the agency. First of all, as far as I might expect, this case first questions security. And therefore, it's not as though, you know, regularly, you know, a lawyer is going to be required to review, you know, the jurors in the first instance of a case, you know, what we're doing. You know, it's a question of what's, is the agency doing for you, saying that it's first impression. You talk to a lawyer saying, you know, you know, yes. Okay. I'm sorry. Pardon me. You fired your full question. Yes. I'm sorry. I'm sorry. Yes, I'm sorry. I'm sorry. I'm sorry. Okay. This is the third case. I'm sorry. I'm sorry. I'm sorry. I'm sorry. I'm sorry. Okay. I'm sorry. I'm sorry. I'm sorry. I'm sorry. I'm sorry. I'm sorry. I'm sorry. I'm sorry. Oh. Oh. Okay. .
judges: Noonan, Gould, Friedland